1997 Edition - Electronic Format

### AIA Document B141 - 1997

## *Standard Form of Agreement Between Owner and Architect*
## with Standard Form of Architect's Services

TABLE OF ARTICLES

1.1  INITIAL INFORMATION

1.2  RESPONSIBILITIES OF THE PARTIES

1.3  TERMS AND CONDITIONS

1.4  SCOPE OF SERVICES AND OTHER SPECIAL TERMS AND CONDITIONS

1.5  COMPENSATION

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*

**AGREEMENT** made as of the   day of   in the year
*(In words, indicate day, month and year)*

BETWEEN the Architect's client identified as the Owner:
*(Name, address and other information)*
Target Corporation Property Development
1000 Nicollet Mall
Minneapolis, MN 55403

and the Architect:
*(Name, address and other information)*
Greenberg Farrow Architecture
245 Fifth Avenue, 26th Floor
New York, NY 10016

For the following Project:
*(Include detailed description of Project)*
Core and Shell Architectural and Engineering Design Services for an approximately 155,000 square foot Target and approximately 56,000 square foot retail space with roof-top parking above at Riverdale Retail Development, 225th Street, Bronx, NY.

The Owner and Architect agree as follows.



© 1997 AIA®
·AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
. 1735 New York Avenue N.W.
Washington, D.C. 20006-5292

### ARTICLE 1.1    INITIAL INFORMATION
1.1.1    This Agreement is based on the following information and assumptions.
*(Note the disposition for the following items by inserting the requested information or a statement such as "not applicable," "unknown at time of execution" or "to be determined later by mutual agreement.")*

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

1

**Exhibit A**

### 1.1.2   PROJECT PARAMETERS

**1.1.2.1**   The objective or use is:
*(Identify or describe, if appropriate, proposed use or goals.)*
<u>Refer to attached Proposal</u>

**1.1.2.2**   The physical parameters are:
*(Identify or describe, if appropriate, size, location, dimensions, or other pertinent information, such as geotechnical reports about the site.)*
<u>Refer to attached Proposal</u>

**1.1.2.3**   The Owner's Program is:
*(Identify documentation or state the manner in which the program will be developed.)*
<u>Refer to attached Proposal</u>

**1.1.2.4**   The legal parameters are:
*(Identify pertinent legal information, including, if appropriate, land surveys and legal descriptions and restrictions of the site.)*
<u>Refer to attached Proposal</u>

**1.1.2.5**   The financial parameters are as follows.
 .1   ~~Amount of the Owner's overall budget for the Project, including the Architect's compensation, is:~~
 .2   ~~Amount of the Owner's budget for the Cost of the Work, excluding the Architect's compensation, is:~~

**1.1.2.6**   The time parameters are:
*(Identify, if appropriate, milestone dates, durations or fast track scheduling.)*
<u>Refer to attached Proposal</u>

**1.1.2.7**   The proposed procurement or delivery method for the Project is:
*(Identify method such as competitive bid, negotiated contract, or construction management.)*
<u>Refer to attached Proposal</u>

**1.1.2.8**   Other parameters are:
*(Identify special characteristics or needs of the Project such as energy, environmental or historic preservation requirements.)*
<u>Refer to attached Proposal</u>

### 1.1.3   PROJECT TEAM

**1.1.3.1**   The Owner's Designated Representative is:
*(List name, address and other information.)*
<u>Bill Penk, Target Corporation, 1000 Nicollet Mall, Minneapolis, MN 55403</u>

**1.1.3.2**   The persons or entities, in addition to the Owner's Designated Representative, who are required to review the Architect's submittals to the Owner are:
*(List name, address and other information.)*
<u>N/A</u>

**1.1.3.3**   The Owner's other consultants and contractors are:
*(List discipline and, if known, identify them by name and address.)*
<u>N/A</u>

**1.1.3.4**   The Architect's Designated Representative is:
*(List name, address and other information.)*
<u>Esmail L. Ghadrdan, Greenberg Farrow Architecture, 245 Fifth Avenue, 26th Floor, New York, NY 10016</u>

**1.1.3.5**   The consultants retained at the Architect's expense are:
*(List discipline and, if known, identify them by name and address.)*

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

Refer to attached Proposal

**1.1.4**   Other important initial information is:
Refer to attached Proposal

**1.1.5**   When the services under this Agreement include contract administration services, the General Conditions of the Contract for Construction shall be the edition of AIA Document A201 current as of the date of this Agreement, or as follows:

**1.1.6**   The information contained in this Article 1.1 may be reasonably relied upon by the Owner and Architect in determining the Architect's compensation. Both parties, however, recognize that such information may change and, in that event, the Owner and the Architect shall negotiate appropriate adjustments in schedule, compensation and Change in Services in accordance with Paragraph 1.3.3.

## ARTICLE 1.2   RESPONSIBILITIES OF THE PARTIES

**1.2.1**   The Owner and the Architect shall cooperate with one another to fulfill their respective obligations under this Agreement. Both parties shall endeavor to maintain good working relationships among all members of the Project team.

### 1.2.2   OWNER

**1.2.2.1**   ~~Unless otherwise provided under this Agreement, the Owner shall provide full information in a timely manner regarding requirements for and limitations on the Project. The Owner shall furnish to the Architect, within 15 days after receipt of a written request, information necessary and relevant for the Architect to evaluate, give notice of or enforce lien rights.~~   Owner will provide information requested by the Architect regarding requirements of a project in a reasonable time frame.

**1.2.2.2**   The Owner shall periodically update the budget for the Project, including that portion allocated for the Cost of the Work. The Owner shall not significantly increase or decrease the overall budget, the portion of the budget allocated for the Cost of the Work, or contingencies included in the overall budget or a portion of the budget, without notifying ~~the agreement of~~ the Architect, ~~to a corresponding change in the Project scope and quality.~~

**1.2.2.3**   The Owner's Designated Representative identified in Paragraph 1.1.3 shall be authorized to act on the Owner's behalf with respect to the Project. The Owner or the Owner's Designated Representative shall render decisions in a timely manner pertaining to documents submitted by the Architect in order to avoid unreasonable delay in the orderly and sequential progress of the Architect's services.

**1.2.2.4**   The Owner shall furnish the services of consultants other than those designated in Paragraph 1.1.3 or authorize the Architect to furnish them as a Change in Services when such services are requested by the Architect and are reasonably required by the scope of the Project ~~and are the result of a material change in the scope of the Work or are the result of a change in governmental requirements.~~

**1.2.2.5**   Unless otherwise provided in this Agreement, the Owner shall furnish tests, inspections and reports required by law or the Contract Documents, such as structural, mechanical, and chemical tests, tests for air and water pollution, and tests for hazardous materials:, but only to the extent not otherwise required of the Architect or Contractor.

**1.2.2.6**   The Owner shall furnish all legal, insurance and accounting services, including auditing services, that may be reasonably necessary at any time for the Project to meet the Owner's needs and interests.

**1.2.2.7**   The Owner shall provide reasonable ~~prompt written~~ notice to the Architect if the Owner becomes aware of any fault or defect in the Project, including any errors, omissions or inconsistencies in the Architect's Instruments of Service.

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia – 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

### 1.2.3   ARCHITECT

1.2.3.1  The services performed by the Architect, Architect's employees and Architect's consultants shall be as enumerated in Article 1.4.  The Owner shall have the authority to approve or disapprove of any members of the Architects team, including employees and consultants.  The Architect shall not change any of the members of it's team or their roles without the consent of the Owner.

1.2.3.2  The Architect's services shall be performed as expeditiously as is consistent with professional skill and care and the orderly progress of the Project. The Architect shall submit for the Owner's approval a schedule for the performance of the Architect's services which initially shall be consistent with the time periods established in Subparagraph 1.1.2.6 and which shall be adjusted, if necessary, as the Project proceeds. This schedule shall include allowances for periods of time required for the Owner's review, for the performance of the Owner's consultants, and for approval of submissions by authorities having jurisdiction over the Project. Time limits established by this schedule approved by the Owner shall not, except for reasonable cause, be exceeded by the Architect or Owner.

1.2.3.3  The Architect's Designated Representative identified in Paragraph 1.1.3 shall be authorized to act on the Architect's behalf with respect to the Project.

1.2.3.4  The Architect shall maintain the confidentiality of information specifically designated as confidential by the Owner, unless withholding such information would violate the law, create the risk of significant harm to the public or prevent the Architect from establishing a claim or defense in an adjudicatory proceeding. The Architect shall require of the Architect's consultants similar agreements to maintain the confidentiality of information specifically designated as confidential by the Owner.

1.2.3.5  Except with the Owner's knowledge and consent, the Architect shall not engage in any activity, or accept any employment, interest or contribution that would reasonably appear to compromise the Architect's professional judgment with respect to this Project.

1.2.3.6  The Architect shall review all laws, codes, and regulations applicable to the Architect's services. The Architect shall respond in the design of the Project to all requirements imposed by governmental authorities having jurisdiction over the Project.

1.2.3.7  The Architect shall be entitled to rely on the accuracy and completeness of services and information furnished by the Owner, but only to the extent the Architect is not aware of any deficiency, omission or inaccuracy.  The Architect shall provide prompt written notice to the Owner if the Architect becomes aware of any errors, omissions or inconsistencies in such services or information.

### ARTICLE 1.3   TERMS AND CONDITIONS
#### 1.3.1   COST OF THE WORK

1.3.1.1  The Cost of the Work shall be the total cost or, to the extent the Project is not completed, the estimated cost to the Owner of all elements of the Project designed or specified by the Architect.

1.3.1.2  The Cost of the Work shall include the cost at current market rates of labor and materials furnished by the Owner and equipment designed, specified, selected or specially provided for by the Architect, including the costs of management or supervision of construction or installation provided by a separate construction manager or contractor, plus a reasonable allowance for their overhead and profit. In addition, a reasonable allowance for contingencies shall be included for market conditions at the time of bidding and for changes in the Work.

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.
AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

**1.3.1.3** The Cost of the Work does not include the compensation of the Architect and the Architect's consultants, the costs of the land, rights-of-way and financing or other costs that are the responsibility of the Owner.

## 1.3.2 INSTRUMENTS OF SERVICE

**1.3.2.1** Drawings, specifications and other documents, including those in electronic form, prepared by the Architect and the Architect's consultants are the property of the Owner along with all copyrights therein. The Architect shall be entitled to retain copies of all of it's work and to reuse on subsequent work with the Owner. Instruments of Service for use solely with respect to this Project. The Architect and the Architect's consultants shall be deemed the authors and owners of their respective Instruments of Service and shall retain all common law, statutory and other reserved rights, including copyrights.

**1.3.2.2** Upon execution of this Agreement, the Architect grants to the Owner a nonexclusive license to reproduce the Architect's Instruments of Service solely for purposes of constructing, using and maintaining the Project, provided that the Owner shall comply with all obligations, including prompt payment of all sums when due, under this Agreement. The Architect shall obtain similar nonexclusive licenses from the Architect's consultants consistent with this Agreement. Any termination of this Agreement prior to completion of the Project shall terminate this license. Upon such termination, the Owner shall refrain from making further reproductions of Instruments of Service and shall return to the Architect within seven days of termination all originals and reproductions in the Owner's possession or control. If and upon the date the Architect is adjudged in default of this Agreement, the foregoing license shall be deemed terminated and replaced by a second, nonexclusive license permitting the Owner to authorize other similarly credentialed design professionals to reproduce and, where permitted by law, to make changes, corrections or additions to the Instruments of Service solely for purposes of completing, using and maintaining the Project.

**1.3.2.3** Except for the licenses granted in Subparagraph 1.3.2.2, no other license or right shall be deemed granted or implied under this Agreement. The Owner shall not assign, delegate, sublicense, pledge or otherwise transfer any license granted herein to another party without the prior written agreement of the Architect. However, the Owner shall be permitted to authorize the Contractor, Subcontractors, Sub-subcontractors and material or equipment suppliers to reproduce applicable portions of the Instruments of Service appropriate to and for use in their execution of the Work by license granted in Subparagraph 1.3.2.2. Submission or distribution of Instruments of Service to meet official regulatory requirements or for similar purposes in connection with the Project is not to be construed as publication in derogation of the reserved rights of the Architect and the Architect's consultants. The Owner shall not use the Instruments of Service for future additions or alterations to this Project or for other projects, unless the Owner obtains the prior written agreement of the Architect and the Architect's consultants. Any unauthorized use of the Instruments of Service shall be at the Owner's sole risk and without liability to the Architect and the Architect's consultants.

**1.3.2.4** Prior to the Architect providing to the Owner any Instruments of Service in electronic form or the Owner providing to the Architect any electronic data for incorporation into the Instruments of Service, the Owner and the Architect shall by separate written agreement set forth the specific conditions governing the format of such Instruments of Service or electronic data, including any special limitations or licenses not otherwise provided in this Agreement.

## 1.3.3 CHANGE IN SERVICES

**1.3.3.1** Change in Services of the Architect, including services required of the Architect's consultants, may be accomplished after execution of this Agreement, without invalidating the Agreement, if mutually agreed in writing, if required by circumstances beyond the Architect's control, or if the Architect's services are affected as described in Subparagraph 1.3.3.2. In the absence of mutual agreement in writing, the Architect shall notify the Owner prior to providing

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia – 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

such services. If the Owner deems that all or a part of such Change in Services is not required, the Owner shall give prompt written notice to the Architect, and the Architect shall have no obligation to provide those services. Except for a change due to the fault of the Architect, Change in Services of the Architect shall entitle the Architect to an adjustment in compensation pursuant to Paragraph 1.5.2, and to any Reimbursable Expenses described in Subparagraph 1.3.9.2 and Paragraph 1.5.5.

1.3.3.2 If any of the following circumstances affect the Architect's services for the Project, the Architect shall be entitled to an appropriate adjustment in the Architect's schedule and compensation:

   .1 <u>material</u> change in the instructions or approvals <u>previously</u> given <u>in writing</u> by the Owner that necessitate revisions in Instruments of Service;

   .2 enactment or revision of codes, laws or regulations or official interpretations which necessitate changes to previously prepared Instruments of Service;

   .3 decisions of the Owner not rendered in a timely manner;

   .4 significant change in the Project including, but not limited to, size, quality, complexity, the Owner's schedule or budget, or procurement method;

   .5 failure of performance on the part of the Owner or the Owner's consultants or contractors;

   .6 preparation for and attendance at a public hearing, a dispute resolution proceeding or a legal proceeding except where the Architect is party thereto<u>; except to the extent that there are claims or allegations of misperformance or breach of duty on the part of the Architect;</u>

   .7 change in the information contained in Article 1.1.

## 1.3.4 MEDIATION

1.3.4.1 Any claim, dispute or other matter in question arising out of or related to this Agreement shall be subject to mediation as a condition precedent to ~~arbitration or~~ the institution of legal or equitable proceedings by either party. If such matter relates to or is the subject of a lien arising out of the Architect's services, the Architect may proceed in accordance with applicable law to comply with the lien notice or filing deadlines prior to resolution of the matter by mediation<u>,</u> ~~or by arbitration.~~

1.3.4.2 The Owner and Architect shall endeavor to resolve claims, disputes and other matters in question between them by mediation which, unless the parties mutually<u>,</u> agree otherwise, shall be in accordance with the Construction Industry Mediation Rules of the American Arbitration Association currently in effect. Request for mediation shall be filed in writing with the other party to this Agreement and with the American Arbitration Association. ~~The request may be made concurrently with the filing of a demand for arbitration but, in such event, mediation shall proceed in advance of arbitration or legal or equitable proceedings, which shall be stayed pending mediation for a period of 60 days from the date of filing, unless stayed for a longer period by agreement of the parties or court order.~~

1.3.4.3 The parties shall share the mediator's fee and any filing fees equally. The mediation shall be held in the place where the Project is located, unless another location is mutually agreed upon. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof.

## 1.3.5 ARBITRATION

1.3.5.1 <u>The Owner does not agree to arbitrate, and notwithstanding any other provisions of the Contract Documents to the contrary, the Owner shall not be required to arbitrate.</u> ~~Any claim, dispute or other matter in question arising out of or related to this Agreement shall be subject to arbitration. Prior to arbitration, the parties shall endeavor to resolve disputes by mediation in accordance with Paragraph 1.3.4.~~

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

1.3.5.2 ~~Claims, disputes and other matters in question between the parties that are not resolved by mediation shall be decided by arbitration which, unless the parties mutually agree otherwise, shall be in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association currently in effect. The demand for arbitration shall be filed in writing with the other party to this Agreement and with the American Arbitration Association.~~

1.3.5.3 ~~A demand for arbitration shall be made within a reasonable time after the claim, dispute or other matter in question has arisen. In no event shall the demand for arbitration be made after the date when institution of legal or equitable proceedings based on such claim, dispute or other matter in question would be barred by the applicable statute of limitations.~~

1.3.5.4 ~~No arbitration arising out of or relating to this Agreement shall include, by consolidation or joinder or in any other manner, an additional person or entity not a party to this Agreement, except by written consent containing a specific reference to this Agreement and signed by the Owner, Architect, and any other person or entity sought to be joined. Consent to arbitration involving an additional person or entity shall not constitute consent to arbitration of any claim, dispute or other matter in question not described in the written consent or with a person or entity not named or described therein. The foregoing agreement to arbitrate and other agreements to arbitrate with an additional person or entity duly consented to by parties to this Agreement shall be specifically enforceable in accordance with applicable law in any court having jurisdiction thereof.~~

1.3.5.5 ~~The award rendered by the arbitrator or arbitrators shall be final, and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction thereof.~~

### 1.3.6   CLAIMS FOR CONSEQUENTIAL DAMAGES
~~The Architect and the Owner waive consequential damages for claims, disputes or other matters in question arising out of or relating to this Agreement. This mutual waiver is applicable, without limitation, to all consequential damages due to either party's termination in accordance with Paragraph 1.3.8.~~

### 1.3.7   MISCELLANEOUS PROVISIONS
1.3.7.1   This Agreement shall be governed by the law of the principal place of business of the Owner~~Architect~~, unless otherwise provided in Paragraph 1.4.2.

1.3.7.2   Terms in this Agreement shall have the same meaning as those in the edition of <u>the Owner's</u> AIA ~~Document A201,~~ General Conditions of the Contract for Construction.  <u>All references to AIA Document A201, General Conditions of the Contract for Construction, contained in this Agreement shall mean the Owner's General Conditions of the Contract for Construction.  In the event of conflicts, the greater requirements for the Architect shall control.</u>~~current as of the date of this Agreement.~~

1.3.7.3   ~~Causes of action between the parties to this Agreement pertaining to acts or failures to act shall be deemed to have accrued and the applicable statutes of limitations shall commence to run not later than either the date of Substantial Completion for acts or failures to act occurring prior to Substantial Completion or the date of issuance of the final Certificate for Payment for acts or failures to act occurring after Substantial Completion. In no event shall such statutes of limitations commence to run any later than the date when the Architect's services are substantially completed.~~

1.3.7.4   To the extent damages <u>to the project</u> are covered by <u>building risk</u> property insurance during construction, the Owner and the Architect waive all rights against each other and against the contractors, consultants, agents and employees of the other for damages, except

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.
AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number I013956, which expires on 3/30/2003.

such rights as they may have to the proceeds of such insurance as set forth in the edition of AIA Document A201, General Conditions of the Contract for Construction, current as of the date of this Agreement. The Owner or the Architect, as appropriate, shall require of the contractors, consultants, agents and employees of any of them similar waivers in favor of the other parties enumerated herein.

**1.3.7.5**   Nothing contained in this Agreement shall create a contractual relationship with or a cause of action in favor of a third party against either the Owner or Architect.

**1.3.7.6**   Unless otherwise provided in this Agreement, the Architect and Architect's consultants shall have no responsibility for the discovery, presence, handling, removal or disposal of or exposure of persons to hazardous materials or toxic substances in any form at the Project site.

**1.3.7.7**   The Architect shall have the right to include photographic or artistic representations of the design of the Project among the Architect's promotional and professional materials. The Architect shall be given reasonable access to the completed Project to make such representations. However, the Architect's materials shall not include the Owner's confidential or proprietary information if the Owner has previously advised the Architect in writing of the specific information considered by the Owner to be confidential or proprietary. The Owner shall provide professional credit for the Architect in the Owner's promotional materials for the Project.

**1.3.7.8**   If the Owner requests the Architect to execute certificates, the proposed language of such certificates shall be submitted to the Architect for review at least 14 days prior to the requested dates of execution. The Architect shall not be required to execute certificates that would require knowledge, services or responsibilities beyond the scope of this Agreement.

**1.3.7.9**   The Owner and Architect, respectively, bind themselves, their partners, successors, assigns and legal representatives to the other party to this Agreement and to the partners, successors, assigns and legal representatives of such other party with respect to all covenants of this Agreement. Neither the Owner nor the Architect shall assign this Agreement without the written consent of the other, except that the Owner may assign this Agreement to an institutional lender providing financing for the Project. In such event, the lender shall assume the Owner's rights and obligations under this Agreement. The Architect shall execute all consents reasonably required to facilitate such assignment.

## 1.3.8   TERMINATION OR SUSPENSION

**1.3.8.1**   If the Owner fails to make payments to the Architect in accordance with this Agreement, such failure shall be considered substantial nonperformance and cause for termination or, at the Architect's option, cause for suspension of performance of services under this Agreement. If the Architect elects to suspend services, prior to suspension of services, the Architect shall give seven days' written notice to the Owner. In the event of a suspension of services, the Architect shall have no liability to the Owner for delay or damage caused the Owner because of such suspension of services. Before resuming services, the Architect shall be paid all sums due prior to suspension and any expenses incurred in the interruption and resumption of the Architect's services. The Architect's fees for the remaining services and the time schedules shall be equitably adjusted.

**1.3.8.2**   If the Project is suspended by the Owner for more than $\underline{90}$ 30 consecutive days, the Architect shall be compensated for services performed prior to notice of such suspension. When the Project is resumed, the Architect shall be compensated for $\underline{reasonable}$ expenses incurred $\underline{as\ a\ direct\ result\ of}$ in the interruption and resumption of the Architect's services. The Architect's fees for the remaining services and the time schedules shall be equitably adjusted.

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.*
*AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

1.3.8.3  If the Project is suspended or the Architect's services are suspended for more than 90 consecutive days, the Architect may terminate this Agreement by giving not less than seven days' written notice.  If within the seven days the Owner objects to the termination and states that the Project is not abandoned, the termination may not be effective.

1.3.8.4  This Agreement may be terminated by either party upon not less than seven days' written notice should the other party fail substantially to perform in accordance with the terms of this Agreement through no fault of the party initiating the termination.

1.3.8.5  This Agreement may be terminated by the Owner upon not less than seven days' written notice to the Architect for the Owner's convenience and without cause.  If the Owner incorrectly terminates this Agreement pursuant to Subparagraph 1.3.8.4 or otherwise for default by the Architect, the termination shall be deemed to be a termination under this Subparagraph.

1.3.8.6  In the event of termination not the fault of the Architect, the Architect shall be compensated for services performed prior to termination, together with Reimbursable Expenses then due and incurred in termination. all Termination Expenses as defined in Subparagraph 1.3.8.7.

1.3.8.7  Termination Expenses are in addition to compensation for the services of the Agreement and include expenses directly attributable to termination for which the Architect is not otherwise compensated, plus an amount for the Architect's anticipated profit on the value of the services not performed by the Architect.

## 1.3.9   PAYMENTS TO THE ARCHITECT

1.3.9.1  Payments on account of services rendered and for Reimbursable Expenses incurred shall be made monthly upon presentation of the Architect's statement of services. No deductions shall be made from the Architect's compensation on account of penalty, liquidated damages or other sums withheld from payments to contractors, or on account of the cost of changes in the Work other than those for which the Architect has been adjudged to be liable.

1.3.9.2  Reimbursable Expenses are in addition to compensation for the Architect's services and include expenses incurred by the Architect and Architect's employees and consultants directly related to the Project, as identified in the following Clauses:

.1   reasonable transportation expenses in connection with the Project, authorized by Owner out-of-town travel (coach class if by air) and subsistence, and electronic communications;

.2   fees paid, if preapproved by Owner, for securing approval of authorities having jurisdiction over the Project;

.3   reproductions, plots, standard form documents, postage, handling and delivery of Instruments of Service;

.4   expense of overtime work requiring higher than regular rates if authorized in advance by the Owner;

.5   renderings, models and mock-ups requested by the Owner;

.6   expense of professional liability insurance dedicated exclusively to this Project or the expense of additional insurance coverage or limits requested by the Owner in excess of that normally carried by the Architect and the Architect's consultants;

.7   reimbursable expenses as designated in Paragraph 1.5.5;

.8   other similar direct Project-related expenditures.   Reimbursable Expenses shall not include expenses not reasonably incurred in the interest of the Project nor the portion of the expenses beyond reasonable costs or rates.

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

1.3.9.3 Records of Reimbursable Expenses, of expenses pertaining to a Change in Services, and of services performed on the basis of hourly rates or a multiple of Direct Personnel Expense shall be available to the Owner or the Owner's authorized representative at mutually convenient times.  The Architect shall maintain, and require all of its consultants to maintain, complete and correct books and records relating to all of its fees, expenses, and compensation and records relating to this Project.  The Architect shall make all such records available to the Owner and its representatives for review, copying, and audit at all such reasonable times as the Owner may, from time to time, direct.  In the event that the Architect shall fail to comply with the provisions of this Subparagraph and as a result thereof shall be unable to provide reasonable evidence of the same, the Owner shall not be required to pay any portion of such expenses, fees, Reimbursable Expenses, or additional work then due or next becoming due and payable as the case may be, not reasonably substantiated by the records.  If such payment has already been made, the Owner may require the Architect to refund such payment.  Any excessive audit costs incurred by the Owner due to the Architect's failure to maintain adequate records shall be borne by the Architect.  The Architect and its consultants shall maintain its records for this Project for a period of at least three years from final completion of the Project.

1.3.9.4  Direct Personnel Expense is defined as the direct salaries of the Architect's personnel engaged on the Project and the portion of the cost of their mandatory and customary contributions and benefits related thereto, such as employment taxes and other statutory employee benefits, insurance, sick leave, holidays, vacations, employee retirement plans and similar contributions.

## ARTICLE 1.4   SCOPE OF SERVICES AND OTHER SPECIAL TERMS AND CONDITIONS
**1.4.1**   *Enumeration of Parts of the Agreement.* This Agreement represents the entire and integrated agreement between the Owner and the Architect and supersedes all prior negotiations, representations or agreements, either written or oral. This Agreement may be amended only by written instrument signed by both Owner and Architect. This Agreement comprises the documents listed below.

1.4.1.1   Standard Form of Agreement Between Owner and Architect, AIA Document B141-1997.

1.4.1.2  Standard Form of Architect's Services: Design and Contract Administration, AIA Document B141-1997, or as follows:
*(List other documents, if any, delineating Architect's scope of services.)*

1.4.1.3  Other documents as follows:
*(List other documents, if any, forming part of the Agreement.)*
Refer to attached Proposal

1.4.2   *Special Terms and Conditions.* Special terms and conditions that modify this Agreement are as follows:

## ARTICLE 1.5   COMPENSATION
**1.5.1**   For the Architect's services as described under Article 1.4, compensation shall be computed as follows:
Refer to attached Proposal.  Monthly invoicing for contract services based on percent complete up to a maximum of 85% at time of construction document issue, 95% at receipt of building permit and 100% when Scope of Services is complete.

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

1.5.2   If the services of the Architect are changed as described in Subparagraph 1.3.3.1, the Architect's compensation shall be adjusted. Such adjustment shall be calculated as described below or, if no method of adjustment is indicated in this Paragraph 1.5.2, in an equitable manner.
*(Insert basis of compensation, including rates and multiples of Direct Personnel Expense for Principals and employees, and identify Principals and classify employees, if required. Identify specific services to which particular methods of compensation apply.)*
<u>Authorized "Additional Services" shall be invoiced based upon approved "current" hourly rates on file with the Owner.</u>

1.5.3   For a Change in Services of the Architect's consultants, compensation shall be computed as a multiple of <u>one</u> ( <u>1.0</u> ) times the amounts billed to the Architect for such services.

1.5.4   For Reimbursable Expenses as described in Subparagraph 1.3.9.2, and any other items included in Paragraph 1.5.5 as Reimbursable Expenses, the compensation shall be computed as a multiple of <u>one</u> ( <u>1.0</u> ) times the expenses incurred by the Architect, and the Architect's employees and consultants.

1.5.5   Other Reimbursable Expenses, if any, are as follows:

1.5.6   The rates and multiples for services of the Architect and the Architect's consultants as set forth in this Agreement shall be adjusted <u>annually and agreed to in writing by the Owner,</u> in accordance with their normal salary review practices.

1.5.7   ~~An initial payment of  Dollars ($  ) shall be made upon execution of this Agreement and is the minimum payment under this Agreement. It shall be credited to the Owner's account at  final  payment.  Subsequent  p~~Payments for services shall be made monthly, and where applicable, shall be in proportion to services performed on the basis set forth in this Agreement.

1.5.8   Payments are due and payable <u>thirty</u> ( <u>30</u> ) days from the date of the Architect's invoice. Amounts unpaid <u>ninety</u> ( <u>90</u> ) days after the invoice date shall bear interest at the rate entered below, or in the absence thereof at the legal rate prevailing from time to time at the principal place of business of the Architect.
*(Insert rate of interest agreed upon.)*
<u>10% per annum</u>

*(Usury laws and requirements under the Federal Truth in Lending Act, similar state and local consumer credit laws and other regulations at the Owner's and Architect's principal places of business, the location of the Project and elsewhere may affect the validity of this provision. Specific legal advice should be obtained with respect to deletions or modifications, and also regarding requirements such as written disclosures or waivers.)*

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.*
*AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

**1.5.9**   If the services covered by this Agreement have not been completed within <u>twenty four</u> ( <u>24</u> ) months of the date hereof, through no fault of the Architect, extension of the Architect's services beyond that time shall be compensated as provided in Paragraph 1.5.2.

This Agreement entered into as of the day and year first written above.

| | |
|---|---|
| OWNER *(Signature)* | ARCHITECT *(Signature)* |
| **Dennis W. Anderson, AIA** | **Esmail L. Ghadrdan** |
| **Director of Architecture** | **President** |
| (Printed name and title) | *(Printed name and title)* |

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

1997 Edition - Electronic Format

**AIA Document B141 - 1997**

# *Standard Form of Architect's Services: Design and Contract Administration*

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*

## TABLE OF ARTICLES

2.1 PROJECT ADMINISTRATION SERVICES

2.2 SUPPORTING SERVICES

2.3 EVALUATION AND PLANNING SERVICES

2.4 DESIGN SERVICES

2.5 CONSTRUCTION PROCUREMENT SERVICES

2.6 CONTRACT ADMINISTRATION SERVICES

2.7 FACILITY OPERATION SERVICES

2.8 SCHEDULE OF SERVICES

2.9 MODIFICATIONS

## ARTICLE 2.1   PROJECT ADMINISTRATION SERVICES

**2.1.1**   The Architect shall manage the Architect's services and administer for the Project. The Architect shall consult with the Owner, research applicable design criteria, attend Project meetings, communicate with members of the Project team and issue progress reports. The Architect shall coordinate the services provided by the Architect and the Architect's consultants with those services provided by the Owner and the Owner's consultants.

**2.1.2**   When Project requirements have been sufficiently identified, the Architect shall Owner will prepare, and periodically update, a Project schedule that shall identify milestone dates for decisions required of the Owner, design services furnished by the Architect, completion of documentation provided by the Architect, commencement of construction and Substantial Completion of the Work.

**2.1.3**   Upon request of the Owner, Tthe Architect shall consider the value of alternative materials, building systems and equipment, together with other considerations based on program, budget and aesthetics in developing the design for the Project.

**2.1.4**   Upon request of the Owner, the Architect shall make a presentation to explain the design of the Project to representatives of the Owner.



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

2.1.5    The Architect shall submit design documents to the Owner at intervals appropriate to the design process for purposes of evaluation and approval by the Owner. The Architect shall be entitled to rely on approvals received from the Owner in the further development of the design.

2.1.6    ~~Upon request of the Owner, T~~he Architect shall assist the Owner in connection with the Owner's responsibility for filing documents required for the approval of governmental authorities having jurisdiction over the Project.

### 2.1.7    EVALUATION OF BUDGET AND COST OF THE WORK

2.1.7.1    ~~When the Project requirements have been sufficiently identified, the Architect shall prepare a preliminary estimate of the Cost of the Work. This estimate may be based on current area, volume or similar conceptual estimating techniques. As the design process progresses through the end of the preparation of the Construction Documents, the Architect shall update and refine the preliminary estimate of the Cost of the Work. The Architect shall advise the Owner of any adjustments to previous estimates of the Cost of the Work indicated by changes in Project requirements or general market conditions. If at any time the Architect's estimate of the Cost of the Work exceeds the Owner's budget, the Architect shall make appropriate recommendations to the Owner to adjust the Project's size, quality or budget, and the Owner shall cooperate with the Architect in making such adjustments.~~

2.1.7.2    ~~Evaluations of the Owner's budget for the Project, the preliminary estimate of the Cost of the Work and updated estimates of the Cost of the Work prepared by the Architect represent the Architect's judgment as a design professional familiar with the construction industry. It is recognized, however, that neither the Architect nor the Owner has control over the cost of labor, materials or equipment, over the Contractor's methods of determining bid prices, or over competitive bidding, market or negotiating conditions. Accordingly, the Architect cannot and does not warrant or represent that bids or negotiated prices will not vary from the Owner's budget for the Project or from any estimate of the Cost of the Work or evaluation prepared or agreed to by the Architect.~~

2.1.7.3    ~~In preparing estimates of the Cost of the Work, the Architect shall be permitted to include contingencies for design, bidding and price escalation; to determine what materials, equipment, component systems and types of construction are to be included in the Contract Documents; to make reasonable adjustments in the scope of the Project and to include in the Contract Documents alternate bids as may be necessary to adjust the estimated Cost of the Work to meet the Owner's budget for the Cost of the Work. If an increase in the Contract Sum occurring after execution of the Contract between the Owner and the Contractor causes the budget for the Cost of the Work to be exceeded, that budget shall be increased accordingly.~~

2.1.7.4    ~~If bidding or negotiation has not commenced within 90 days after the Architect submits the Construction Documents to the Owner, the budget for the Cost of the Work shall be adjusted to reflect changes in the general level of prices in the construction industry.~~

2.1.7.5    ~~If the budget for the Cost of the Work is exceeded by the lowest bona fide bid or negotiated proposal, the Owner shall:~~
    .1    ~~give written approval of an increase in the budget for the Cost of the Work;~~
    .2    ~~authorize rebidding or renegotiating of the Project within a reasonable time;~~
    .3    ~~terminate in accordance with Subparagraph 1.3.8.5; or~~
    .4    ~~cooperate in revising the Project scope and quality as required to reduce the Cost of the Work.~~

2.1.7.6    ~~If the Owner chooses to proceed under Clause 2.1.7.5.4, the Architect, without additional compensation, shall modify the documents for which the Architect is responsible under this Agreement as necessary to comply with the budget for the Cost of the Work. The~~

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

~~modification of such documents shall be the limit of the Architect's responsibility under this Paragraph 2.1.7. The Architect shall be entitled to compensation in accordance with this Agreement for all services performed whether or not construction is commenced.~~

## ARTICLE 2.2   SUPPORTING SERVICES

**2.2.1**   Unless specifically designated in Paragraph 2.8.3, the services in this Article 2.2 shall be provided by the Owner or the Owner's consultants and contractors.

**2.2.1.1** The Owner shall furnish a program setting forth the Owner's objectives, schedule, constraints and criteria, including space requirements and relationships, special equipment, systems and site requirements.

**2.2.1.2** <u>If requested by the Architect, the</u> ~~The~~ Owner shall furnish surveys to describe physical characteristics, legal limitations and utility locations for the site of the Project, and a written legal description of the site. The surveys and legal information shall include, as applicable, grades and lines of streets, alleys, pavements and adjoining property and structures; adjacent drainage; rights-of-way, restrictions, easements, encroachments, zoning, deed restrictions, boundaries and contours of the site; locations, dimensions and necessary data with respect to existing buildings, other improvements and trees; and information concerning available utility services and lines, both public and private, above and below grade, including inverts and depths. All the information on the survey shall be referenced to a Project benchmark.

**2.2.1.3** <u>If requested by the Architect</u> ~~T~~the Owner shall furnish services of geotechnical engineers which may include but are not limited to test borings, test pits, determinations of soil bearing values, percolation tests, evaluations of hazardous materials, ground corrosion tests and resistivity tests, including necessary operations for anticipating subsoil conditions, with reports and appropriate recommendations.

## ARTICLE 2.3   EVALUATION AND PLANNING SERVICES

**2.3.1**   The Architect shall provide a preliminary evaluation of the information furnished by the Owner under this Agreement, including the Owner's program and schedule requirements and budget for the Cost of the Work, each in terms of the other. The Architect shall review such information to ascertain that it is consistent with the requirements of the Project and shall notify the Owner of any <u>errors or inconsistencies contained in the information and identify</u> other information or consultant services that may be reasonably needed for the Project.

**2.3.2**   ~~The Architect shall provide a preliminary evaluation of the Owner's site for the Project based on the information provided by the Owner of site conditions, and the Owner's program, schedule and budget for the Cost of the Work.~~

**2.3.3**   ~~The Architect shall review the Owner's proposed method of contracting for construction services and shall notify the Owner of anticipated impacts that such method may have on the Owner's program, financial and time requirements, and the scope of the Project.~~

## ARTICLE 2.4   DESIGN SERVICES

**2.4.1**   The Architect's design services shall include <u>those architectural and/or</u> ~~normal structural, mechanical and electrical~~ engineering services <u>as indicated in the Scope of Work</u>.

### 2.4.2   SCHEMATIC DESIGN DOCUMENTS

**2.4.2.1** The Architect shall <u>if indicated in the Scope of Work</u> provide Schematic Design Documents based on the mutually agreed-upon program, schedule, and budget for the Cost of the Work. The documents shall establish the conceptual design of the Project illustrating the scale and relationship of the Project components. The Schematic Design Documents shall include a conceptual site plan, if appropriate, and preliminary building plans, sections and

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.*
*AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

elevations. ~~At the Architect's option, t~~The Schematic Design Documents may include study models, perspective sketches, electronic modeling or combinations of these media _if approved by Owner_. Preliminary selections of major building systems and construction materials shall be noted on the drawings or described in writing.

### 2.4.3   DESIGN DEVELOPMENT DOCUMENTS

**2.4.3.1**  The Architect shall_, if specified in the Scope of Work_ provide Design Development Documents based on the approved Schematic Design Documents_, and updated budget for the Cost of the Work_. The Design Development Documents shall illustrate and describe the refinement of the design of the Project, establishing the scope, relationships, forms, size and appearance of the Project by means of plans, sections and elevations, typical construction details, and equipment layouts. The Design Development Documents shall include specifications that identify major materials and systems and establish in general their quality levels.

### 2.4.4   CONSTRUCTION DOCUMENTS

**2.4.4.1**  The Architect shall provide Construction Documents based on the approved Design Development Documents ~~and updated budget for the Cost of the Work~~. The Construction Documents shall set forth in detail the requirements for construction of the Project. The Construction Documents shall include Drawings and Specifications that establish in detail the quality levels of materials and systems required for the Project_, and be sufficient to satisfy any and all requirements for the issuance of permits for the project related to the Architect's Scope of Work_.

**2.4.4.2**  ~~During the development of the Construction Documents, the Architect shall assist the Owner in the development and preparation of (1) bidding and procurement information which describes the time, place and conditions of bidding; bidding or proposal forms; and the form of agreement between the Owner and the Contractor; and (2) the Conditions of the Contract for Construction (General, Supplementary and other Conditions).~~ The Architect ~~also~~ shall compile the Project Manual that includes the Conditions of the Contract for Construction and Specifications and may include bidding requirements and sample forms _based on information provided by Owner_

**2.4.4.3**  _Without limiting the responsibilities of the Architect in preparing the design contemplated by this Agreement, the Architect shall prepare the design, related to the Architect's Scope of Work to coordinate with and accommodate such features, fixtures, and equipment as may be designed by consultants separately retained by the Owner._

### ARTICLE 2.5   CONSTRUCTION PROCUREMENT SERVICES

**2.5.1**  ~~The Architect shall assist the Owner in obtaining either competitive bids or negotiated proposals and shall assist the Owner in awarding and preparing contracts for construction.~~

**2.5.2**  ~~The Architect shall assist the Owner in establishing a list of prospective bidders or contractors.~~

**2.5.3**  ~~The Architect shall assist the Owner in bid validation or proposal evaluation and determination of the successful bid or proposal, if any. If requested by the Owner, the Architect shall notify all prospective bidders or contractors of the bid or proposal results.~~

### 2.5.4   COMPETITIVE BIDDING

**2.5.4.1**  ~~Bidding Documents shall consist of bidding requirements, proposed contract forms, General Conditions and Supplementary Conditions, Specifications and Drawings.~~

_This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401._



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

2.5.4.2 ~~If requested by the Owner, the Architect shall arrange for procuring the reproduction of Bidding Documents for distribution to prospective bidders. The Owner shall pay directly for the cost of reproduction or shall reimburse the Architect for such expenses.~~

2.5.4.3 ~~If requested by the Owner, the Architect shall distribute the Bidding Documents to prospective bidders and request their return upon completion of the bidding process. The Architect shall maintain a log of distribution and retrieval, and the amounts of deposits, if any, received from and returned to prospective bidders.~~

2.5.4.4 The Architect shall consider requests for substitutions, if permitted by the Bidding Documents and approved by the Owner, and shall prepare and distribute a FOM (Field Order Modification) ~~addenda~~ identifying approved substitutions ~~to all prospective bidders.~~

2.5.4.5 ~~The Architect shall participate in or, at the Owner's direction, shall organize and conduct a pre-bid conference for prospective bidders.~~

2.5.4.6 ~~The Architect shall prepare responses to questions from prospective bidders and provide clarifications and interpretations of the Bidding Documents to all prospective bidders in the form of addenda.~~

2.5.4.7 ~~The Architect shall participate in or, at the Owner's direction, shall organize and conduct the opening of the bids. The Architect shall subsequently document and distribute the bidding results, as directed by the Owner.~~

2.5.5   **NEGOTIATED PROPOSALS**
2.5.5.1 ~~Proposal Documents shall consist of proposal requirements, proposed contract forms, General Conditions and Supplementary Conditions, Specifications and Drawings.~~

2.5.5.2 ~~If requested by the Owner, the Architect shall arrange for procuring the reproduction of Proposal Documents for distribution to prospective contractors. The Owner shall pay directly for the cost of reproduction or shall reimburse the Architect for such expenses.~~

2.5.5.3 ~~If requested by the Owner, the Architect shall organize and participate in selection interviews with prospective contractors.~~

2.5.5.4 ~~The Architect shall consider requests for substitutions, if permitted by the Proposal Documents, and shall prepare and distribute addenda identifying approved substitutions to all prospective contractors.~~

2.5.5.5 ~~If requested by the Owner, the Architect shall assist the Owner during negotiations with prospective contractors. The Architect shall subsequently prepare a summary report of the negotiation results, as directed by the Owner.~~

**ARTICLE 2.6   CONTRACT ADMINISTRATION SERVICES**
2.6.1   **GENERAL ADMINISTRATION**
2.6.1.1 ~~The Architect shall provide administration of the Contract between the Owner and the Contractor as set forth below and in the edition of AIA Document A201, General Conditions of the Contract for Construction, current as of the date of this Agreement. Modifications made to the General Conditions, when adopted as part of the Contract Documents, shall be enforceable under this Agreement only to the extent that they are consistent with this Agreement or approved in writing by the Architect.~~

2.6.1.2 ~~The Architect's responsibility to provide the Contract Administration Services under this Agreement commences with the award of the initial Contract for Construction and~~

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.*
*AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

terminates at the issuance to the Owner of the final Certificate for Payment. However, the Architect shall be entitled to a Change in Services in accordance with Paragraph 2.8.2 when Contract Administration Services extend 60 days after the date of Substantial Completion of the Work.

2.6.1.3   The Architect shall be a representative of and shall advise and consult with the Owner during the provision of the Contract Administration Services. The Architect shall have authority to act on behalf of the Owner only to the extent provided in this Agreement unless otherwise modified by written amendment.

2.6.1.4   Duties, responsibilities and limitations of authority of the Architect under this Article 2.6 shall not be restricted, modified or extended without written agreement of the Owner and Architect with consent of the Contractor, which consent will not be unreasonably withheld.

2.6.1.5   The Architect shall review properly prepared, timely requests by the Contractor for additional information about the Contract Documents. A properly prepared ~~request for additional information~~ Contractor "Request For Information" ("RFIs") about the Contract Documents shall be in a the form ~~prepared or approved~~ included in the Project Manual by the Architect and shall include a detailed written statement that indicates the specific Drawings or Specifications in need of clarification and the nature of the clarification requested. The Architect's response to such requests shall be made promptly and with the reasonable time limits requested by the Owner or Contractor, unless such time is insufficient in the Architect's professional judgement to permit adequate time to respond properly.  In such event, the Architect shall provide Owner and Contractor with prompt written notice of any deviation from the requested response date, the reasons for the deviation, and the date on which the Architect will respond to the RFI.  If the Architect proceeds in accordance with this paragraph, no claim for delay by the Contractor will be permitted against either Owner or Architect on the basis of failure to respond to any RFI (or any number of RFIs) within the time limit requested by the Contractor.

2.6.1.6   If deemed appropriate by the Architect and Owner, the Architect shall on the Owner's behalf prepare, reproduce and distribute supplemental Drawings and Specifications in response to requests for information by the Contractor.

2.6.1.7   The Architect shall interpret and decide matters concerning performance of the ~~Owner and~~ Contractor under, and requirements of, the Contract Documents on written request of ~~either~~ the Owner ~~or Contractor~~. The Architect's response to such requests shall be made in writing within any time limits agreed upon or otherwise with reasonable promptness.

2.6.1.8   Interpretations and decisions of the Architect shall be consistent with the intent of and reasonably inferable from the Contract Documents and shall be in writing or in the form of drawings. When making such interpretations and initial decisions, the Architect shall endeavor to secure faithful performance by both Owner and Contractor, shall not show partiality to either, and shall not be liable for the results of interpretations or decisions so rendered in good faith.

2.6.1.9   The Architect shall render initial decisions on claims, disputes or other matters in question between the Owner and Contractor as provided in the Contract Documents. However, the Architect's decisions on matters relating to aesthetic effect shall be final if consistent with the intent expressed in the Contract Documents.

2.6.2   **EVALUATIONS OF THE WORK**

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

2.6.2.1 The Architect, as a representative of the Owner, shall visit the site at intervals appropriate to the stage of the Contractor's operations, or as otherwise agreed by the Owner and the Architect in Article 2.8, (1) to become generally familiar with and to keep the Owner informed about the progress and quality of the portion of the Work completed, (2) to endeavor to guard the Owner against defects and deficiencies in the Work, and (3) to determine in general if the Work is being performed in a manner indicating that the Work, when fully completed, will be in accordance with the Contract Documents. However, the Architect shall not be required to make exhaustive or continuous on-site inspections to check the quality or quantity of the Work. The Architect shall neither have control over or charge of, nor be responsible for, the construction means, methods, techniques, sequences or procedures, or for safety precautions and programs in connection with the Work, since these are solely the Contractor's rights and responsibilities under the Contract Documents.

2.6.2.2 The Architect shall promptly report to the Owner known deviations from the Contract Documents, and from the most recent construction schedule submitted by the Contractor. However, the Architect shall not be responsible for the Contractor's failure to perform the Work in accordance with the requirements of the Contract Documents. The Architect shall be responsible for the Architect's negligent acts or omissions, but shall not have control over or charge of and shall not be responsible for acts or omissions of the Contractor, Subcontractors, or their agents or employees, or of any other persons or entities performing portions of the Work.

2.6.2.3 The Architect shall at all times have access to the Work wherever it is in preparation or progress.

2.6.2.4 Except as otherwise provided in this Agreement or when direct communications have been specially authorized, the Owner shall endeavor to communicate with the Contractor through the Architect about matters arising out of or relating to the Contract Documents. Communications by and with the Architect's consultants shall normally be through the Architect.

2.6.2.5 The Architect shall have authority to reject Work that does not conform to the Contract Documents. Whenever the Architect considers it necessary or advisable, the Architect will have authority to require inspection or testing of the Work in accordance with the provisions of the Contract Documents, whether or not such Work is fabricated, installed or completed. However, neither this authority of the Architect nor a decision made in good faith either to exercise or not to exercise such authority shall give rise to a duty or responsibility of the Architect to the Contractor, Subcontractors, material and equipment suppliers, their agents or employees or other persons or entities performing portions of the Work. Whenever any work is rejected, the Architect shall promptly notify the Owner.

### 2.6.3   CERTIFICATION OF PAYMENTS TO CONTRACTOR

2.6.3.1 The Architect shall review and certify the amounts due the Contractor and shall issue Certificates for Payment in such amounts. The Architect's certification for payment shall constitute a representation to the Owner, based on the Architect's evaluation of the Work as provided in Paragraph 2.6.2 and on the data comprising the Contractor's Application for Payment, that the Work has progressed to the point indicated and that, to the best of the Architect's knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents. The foregoing representations are subject (1) to an evaluation of the Work for conformance with the Contract Documents upon Substantial Completion, (2) to results of subsequent tests and inspections, (3) to correction of minor deviations from the Contract Documents prior to completion, and (4) to specific qualifications expressed by the Architect.

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

2.6.3.2 ~~The issuance of a Certificate for Payment shall not be a representation that the Architect has (1) made exhaustive or continuous on-site inspections to check the quality or quantity of the Work, (2) reviewed construction means, methods, techniques, sequences or procedures, (3) reviewed copies of requisitions received from Subcontractors and material suppliers and other data requested by the Owner to substantiate the Contractor's right to payment, or (4) ascertained how or for what purpose the Contractor has used money previously paid on account of the Contract Sum.~~

2.6.3.3 ~~The Architect shall maintain a record of the Contractor's Applications for Payment.~~

## 2.6.4  SUBMITTALS

2.6.4.1 The Architect shall review and approve or take other appropriate action upon the Contractor's submittals such as Shop Drawings, Product Data and Samples, but only for the limited purpose of checking for conformance with information given and the design concept expressed in the Contract Documents. All submittals will be reviewed and approved in accordance with a mutually agreed upon "Submittal Schedule" prepared by the Owner's Construction Manager. The Architect's action shall be taken with such reasonable promptness but no more than 10 working days as to cause no delay in the Work or in the activities of the Owner, Contractor or separate contractors, while allowing sufficient time in the Architect's professional judgment to permit adequate review. Review of such submittals is not conducted for the purpose of determining the accuracy and completeness of other details such as dimensions and quantities, or for substantiating instructions for installation or performance of equipment or systems, all of which remain the responsibility of the Contractor as required by the Contract Documents. The Architect's review shall not constitute approval of safety precautions or, unless otherwise specifically stated by the Architect, of any construction means, methods, techniques, sequences or procedures. The Architect's approval of a specific item shall not indicate approval of an assembly of which the item is a component.

2.6.4.2 The Architect shall maintain a record of submittals and copies of submittals supplied by the Contractor in accordance with the requirements of the Contract Documents.

2.6.4.3 If professional design services or certifications by a design professional related to systems, materials or equipment are specifically required of the Contractor by the Contract Documents, the Architect shall specify appropriate performance and design criteria that such services must satisfy. Shop Drawings and other submittals related to the Work designed or certified by the design professional retained by the Contractor shall bear such professional's written approval when submitted to the Architect. The Architect shall be entitled to rely upon the adequacy, accuracy and completeness of the services, certifications or approvals performed by such design professionals.

## 2.6.5 .  CHANGES IN THE WORK

2.6.5.1 The Architect shall prepare ~~Change Orders and Construction Change Directives~~ Field Order Modifications (FOMs) in accordance with Owner's change system for the Owner's approval and execution in accordance with the Contract Documents. The Architect may authorize minor changes in the Work only with the approval of the Owner, not involving an adjustment in Contract Sum or an extension of the Contract Time which are consistent with the intent of the Contract Documents. If necessary, the Architect shall prepare, reproduce and distribute Drawings and Specifications to describe Work to be added, deleted or modified, as provided in Paragraph 2.8.2.

2.6.5.2 The Architect shall review properly prepared, timely requests by the Owner or Contractor for changes in the Work, ~~including adjustments to the Contract Sum or Contract Time~~. A properly prepared request for a change in the Work shall be accompanied by sufficient supporting data and information to permit the Architect to make a reasonable determination without extensive investigation or preparation of additional drawings or specifications. If the

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

Architect determines that requested changes in the Work are not materially different from the requirements of the Contract Documents, the Architect may issue an order for a minor change in the Work or recommend to the Owner that the requested change be denied.

2.6.5.3  ~~If the Architect determines that implementation of the requested changes would result in a material change to the Contract that may cause an adjustment in the Contract Time or Contract Sum, the Architect shall make a recommendation to the Owner, who may authorize further investigation of such change. Upon such authorization, and based upon information furnished by the Contractor, if any, the Architect shall estimate the additional cost and time that might result from such change, including any additional costs attributable to a Change in Services of the Architect. With the Owner's approval, the Architect shall incorporate those estimates into a Change Order or other appropriate documentation for the Owner's execution or negotiation with the Contractor.~~

2.6.5.4  The Architect shall maintain records relative to changes in the Work.

## 2.6.6  PROJECT COMPLETION

2.6.6.1  The Architect shall conduct inspections, <u>as otherwise required in the Contract Documents and also when requested by the Owner as described in Article 2.8.</u> ~~to determine the date or dates of Substantial Completion and the date of final completion, shall receive from the Contractor and forward to the Owner, for the Owner's review and records, written warranties and related documents required by the Contract Documents and assembled by the Contractor, and shall issue a final Certificate for Payment based upon a final inspection indicating the Work complies with the requirements of the Contract Documents.~~

2.6.6.2  The Architect's inspection shall be conducted with the Owner's Designated Representative to check conformance of the Work with the requirements of the Contract Documents and to verify the accuracy and completeness of the list submitted by the Contractor of Work to be completed or corrected.

2.6.6.3  ~~When the Work is found to be substantially complete, the Architect shall inform the Owner about the balance of the Contract Sum remaining to be paid the Contractor, including any amounts needed to pay for final completion or correction of the Work.~~

2.6.6.4  ~~The Architect shall receive from the Contractor and forward to the Owner: (1) consent of surety or sureties, if any, to reduction in or partial release of retainage or the making of final payment and (2) affidavits, receipts, releases and waivers of liens or bonds indemnifying the Owner against liens.~~

## ARTICLE 2.7    FACILITY OPERATION SERVICES

2.7.1  ~~The Architect shall meet with the Owner or the Owner's Designated Representative promptly after Substantial Completion to review the need for facility operation services.~~ •

2.7.2  ~~Upon request of the Owner, and prior to the expiration of one year from the date of Substantial Completion, the Architect shall conduct a meeting with the Owner and the Owner's Designated Representative to review the facility operations and performance and to make appropriate recommendations to the Owner.~~

## ARTICLE 2.8    SCHEDULE OF SERVICES

2.8.1    Design and Contract Administration Services beyond the following limits shall be provided by the Architect as a Change in Services in accordance with Paragraph 1.3.3: <u>(Refer to Scope of Work for project specific Schedule of Services)</u>

   .1    ~~up to  (  ) reviews of each Shop Drawing, Product Data item, sample and similar submittal of the Contractor.~~

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997  AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

.2   ~~up to ( ) visits to the site by the Architect over the duration of the Project during construction.~~

.3   ~~up to ( ) inspections for any portion of the Work to determine whether such portion of the Work is substantially complete in accordance with the requirements of the Contract Documents.~~

.4   ~~up to ( ) inspections for any portion of the Work to determine final completion.~~

**2.8.2**   The following Design and Contract Administration Services shall be provided by the Architect as a Change in Services in accordance with Paragraph 1.3.3:

.1   ~~review of a Contractor's submittal out of sequence from the submittal schedule agreed to by the Architect;~~

.2   responses to the Contractor's requests, <u>if such requests are determined to be unreasonable by Owner,</u> for information where such information is available to the Contractor from a careful study and comparison of the Contract Documents, field conditions, other Owner-provided information, Contractor-prepared coordination drawings, or prior Project correspondence or documentation;

.3   ~~Change Orders and Construction Change Directives~~ <u>Field Order Modifications (FOM's)</u> requiring evaluation of proposals, including the preparation or revision of Instruments of Service;

.4   providing consultation concerning replacement of Work resulting from fire or other cause during construction;

.5   evaluation of an extensive number of claims submitted by the Owner's consultants, the Contractor or others in connection with the Work;

.6   evaluation of substitutions proposed by the Owner's consultants or contractors and making subsequent revisions to Instruments of Service resulting therefrom;

.7   preparation of design and documentation for alternate bid <u>packages</u> or proposal requests proposed by the Owner; or

.8   Contract Administration Services, <u>other than such services related to claims of warranty or defective Work,</u> provided ~~60~~ <u>120</u> days after the date of Substantial Completion of the Work.

**2.8.3**   The Architect shall furnish or provide the following services only if specifically designated:

| Services | Responsibility (Architect, Owner or Not Provided) | Location of Service Description |
|---|---|---|
| .1   ~~Programming~~ | | |
| .2   ~~Land Survey Services~~ | | |
| .3   ~~Geotechnical Services~~ | | |
| .4   ~~Space Schematics/Flow Diagrams~~ | | |
| .5   ~~Existing Facilities Surveys~~ | | |
| .6   ~~Economic Feasibility Studies~~ | | |
| .7   ~~Site Analysis and Selection~~ | | |
| .8   ~~Environmental Studies and Reports~~ | | |
| .9   ~~Owner-Supplied Data Coordination~~ | | |
| .10  ~~Schedule Development and Monitoring~~ | | |
| .11  ~~Civil Design~~ | | |
| .12  ~~Landscape Design~~ | | |
| .13  ~~Interior Design~~ | | |
| .14  ~~Special Bidding or Negotiation~~ | | |

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

.15  ~~Value Analysis~~
.16  ~~Detailed Cost Estimating~~
.17  ~~On-Site Project Representation~~
.18  ~~Construction Management~~
.19  ~~Start-up Assistance~~
.20  ~~Record Drawings~~
.21  ~~Post-Contract Evaluation~~
.22  ~~Tenant-Related Services~~
.23
.24
.25

Description of Services.
*(Insert descriptions of the services designated.)*
<u>Refer to attached Proposal</u>

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*

## ARTICLE 2.9   MODIFICATIONS

2.9.1   Modifications to this Standard Form of Architect's Services: Design and Contract Administration, if any, are as follows:

<u>2.9.2 Insurance</u>
<u>2.9.2.1 Agreement to Insure.  The Architect shall carry, and shall require each of its consultants (except the Architect's civil engineering consultant if the civil engineering consultant performs no other services) to carry, the following insurance:</u>

<u>(a) Worker's compensation insurance covering all persons employed or retained by the Architect or its consultants in connection with the Project with statutory coverage limits.</u>

<u>(b) Employer's liability insurance in the amount of $1,000,000 each accident for bodily injury, $1,000,000 policy limit for bodily injury by disease and $1,000,000 each employee for bodily injury by disease.</u>

<u>(c) Professional liability insurance written on a claims made basis with limits of liability in amounts not less than two million dollars ($2,000,000.00) per claim and not less than two million dollars ($2,000,000.00) annual aggregate insuring the Architect and all persons for whose acts the Architect or any of the foregoing may be liable, against any and all liabilities arising out of or in connection with the negligent acts, errors, or omissions of any of the foregoing in connection with the carrying out of their professional responsibilities for the Project.  The deductible shall be $150,000 or less.</u>

<u>(d) Commercial general liability insurance (including without limitation products and completed operations, blanket contractual and personal injury) written on an "occurrence basis" naming as insureds the Architect and the Owner with coverage of not less than one million dollars ($1,000,000.00) for any single occurrence and of not less than two million dollars ($2,000,000.00) aggregate per project.</u>

<u>(e) Valuable papers insurance written on an all risks basis insuring for the benefit of the Architect and the Owner all plans, designs, drawings, specifications, and document produced or used under this Agreement by the Architect or any of its consultants in a total amount of not less than one hundred thousand dollars ($100,000.00).</u>



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

(f) Automobile liability insurance (bodily injury and property damages liability) including coverage for owned, hired, and non-owned automobiles. The limits of liability shall not be less than $1,000,000 combined single limit each accident for bodily injury and property damage combined.

The Architect may furnish these coverages under one policy or separate policies. The Architect's consultants shall also provide insurance coverage as required herein. Commercial general liability policies of insurance required to be provided by the Architect shall be endorsed to include the Owner as an additional insured under ISO CG 2010 11/85 Form B, or its equivalent and shall provide that such insurance is primary and that any other insurance available to the Owner is excess of and non-contributory to the insurance provided by the Architect.

2.9.2.2 All required insurance shall be maintained with responsible insurance carriers (each referred to as a "company") licensed and admitted to do business in the state where the Project is located. Upon the signing of this Agreement, the Architect shall deposit with the Owner certificates of insurance evidencing the required insurance coverage, bearing notations or accompanied by other evidence satisfactory to the Owner of the payment of all premiums thereunder. The Architect's insurance carrier shall provide a paid receipt.

2.9.2.3 The Architect shall not allow insurance required by this Agreement to lapse, be canceled, reduced in coverage, non-renewed, or materially changed or have restrictive modifications added at any time. As required below, riders or other documentation satisfactory to the Owner providing substantially as follows shall be made part of the insurance policies described herein:

(a) the policy shall not be canceled, terminated, reduced in limits or coverage, non-renewed, materially changed, or have restrictive modifications added until thirty (30) days after the Owner's receipt of written notice thereof by certified or registered mail, return receipt requested, addressed to the Owner, and

(b) the representations (or the inaccuracy thereof) of the Owner, Contractor or any other authorized persons on the Project site shall not invalidate the policy.

(c) the negligence, misrepresentations or misconduct by the Architect shall not invalidate the policy as to the Owner. Commercial general liability insurance shall include all riders. Valuable papers insurance and professional liability insurance shall include rider (a).

2.9.2.4 Insurance policies required by this Agreement shall be kept in full force and effect for the following periods:

(a) Commercial general liability insurance shall be kept in full force and effect until receipt of final payment by the Architect hereunder. Products and completed operations coverage shall be kept in force and effect for three years after final completion of the Project;

(b) Valuable papers insurance shall be kept in full force and effect until final delivery of all documents to which reference is made herein;

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

(c) Worker's compensation insurance shall be kept in force until receipt of final payment by the Architect hereunder. This agreement shall be void and of no force and effect against the Owner unless in compliance with the worker's compensation law. The Architect shall secure statutorily required worker's compensation insurance for the benefit of all such employees engaged in the performance of this Agreement as are required to be insured under applicable law; and

(d) Professional liability insurance shall be kept in force for six years after final completion of the project provided it is commercially available.

If the Architect fails to provide or keep in force insurance as required under this Agreement, the Owner may purchase or pay premiums for such insurance on the Architect's behalf and the Architect shall be liable to and indemnify the Owner for all of the Owner's costs related thereto including attorneys' fees (including those fees and costs incurred in collecting and enforcing this Subparagraph).

2.9.3 The Architect agrees to cooperate at all times with the Owner, the Contractor, and any lender or other party selected by the Owner and their respective agents and representatives in connection with the performance of the Architect's services hereunder.

2.9.4 To the extent caused by the fault of the Architect the Architect shall be liable to and shall indemnify the Owner and each of its agents, employees, officers members and visitors and shall hold each of the foregoing harmless from and against any and all claims, losses, damages, expenses, penalties, costs and other liabilities, including reasonable attorney's fees and disbursements arising out of or resulting from the performance of the professional services rendered by the Architect or in the enforcement of this Paragraph. The Architect shall be liable to and shall indemnify the Owner and all of its employees, officers, members, visitor, and agents, and shall hold each of the foregoing harmless from and against any and all claims made against any of the foregoing for infringement of any copyright, trademark or patent arising out of the use of any plans, designs, drawings, or specifications furnished by the Architect in the performance of this Agreement unless the Owner shall have given its written approval of the use of the system, method or equipment in connection therewith after explicit warning that there may be an infringement. The Architect shall pay its consultants and subcontractors in a timely manner if paid by the Owner. To the extent not resulting from the fault of the Owner to make payment as required by this Agreement, the Architect shall indemnify, defend, and save harmless the Owner from any liens filed or threatened by the Architect or any consultant or subcontractors under the Architect and from any related costs, liabilities, judgments, executions, attorney's fees and disbursements. The Owner shall be entitled to recover from the Architect reasonable costs and expenses incurred in enforcing this Agreement including Attorney's fees.

2.9.5 If any party to this Agreement brings an action or proceeding to enforce the terms hereof or declare rights hereunder, the prevailing party in any such proceeding, action or appeal thereon shall be entitled to reasonable attorney's fees and related costs and expenses incurred.

2.9.6 The Owner agrees, to the fullest extent permitted by law, to indemnify and hold the Architect harmless from any damage, liability or cost (including reasonable attorneys' fees and costs of defense) to the extent caused by the Owner's negligent acts, errors or omissions and arising from the project that is the subject of this

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997 AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia – 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.

Agreement.  The Architect is not obligated to indemnify the Owner in any manner whatsoever for the Owner's own negligence.

By its execution, this Standard Form of Architect's Services: Design and Contract Administration and modifications hereto are incorporated into the Standard Form of Agreement Between the Owner and Architect, AIA Document B141-1997, that was entered into by the parties as of the date:

OWNER *(Signature)*

**Dennis W. Anderson, AIA**
**Director of Architecture**

(Printed name and title)

ARCHITECT *(Signature)*

**Esmail L. Ghadran**
**President**

*(Printed name and title)*

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.*



© 1997  AIA®
AIA DOCUMENT B141 - 1997
STANDARD FORM AGREEMENT

The American Institute of Architects
1735 New York Avenue N.W.
Washington, D.C. 20006-5292

© 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: riverdale.aia -- 6/12/2002. AIA License Number 1013956, which expires on 3/30/2003.