UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Target Corporation,

        Plaintiff,                     Civ. No. 10-4810 (RHK/JSM)

v.                                 **ORDER**

Greenberg Farrow Architecture,
Incorporated,

        Defendant and
        Third-Party Plaintiff,

v.

Jeffrey M. Brown & Associates, Inc.,
KNS Building Restoration, Inc.,
Interstate Industrial Corp., John Doe
and Mary Roe,

        Third-Party Defendants.

---

In accordance with the status conference held on this date with counsel, **IT IS ORDERED** as follows:

1. Defendant shall serve and file a memorandum in opposition to Plaintiff's Motion to Exclude Expert Testimony (Doc. No. 44), along with all supporting documents, on or before April 18, 2012. Defendant's memorandum shall not exceed 12,000 words;

2. Plaintiff shall serve and file a reply memorandum in support of its Motion to Exclude Expert Testimony, if any, along with all supporting documents, on or before

- 2 -

April 27, 2012.  The length of Plaintiff's reply memorandum shall not exceed 5,463 words;[1]

3. The hearing scheduled for April 26, 2012, will be held before the undersigned at 9:00 a.m. on Thursday, May 3, 2012, in Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota.  The hearing will be oral argument in support of, and in opposition to, Plaintiff's Motion to Exclude Expert Testimony and Defendant's Motion for Summary Judgment (Doc. No. 49).

Date:  April 16, 2012                          /s/ Richard H. Kyle                        
                                               RICHARD H. KYLE
                                               United States District Judge

---

[1] The opening brief for Plaintiff's <u>Daubert</u> Motion contained 6,537 words.  Accordingly, 5,463 words remain for a reply.