UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TARGET CORPORATION,                          CIVIL NO. 10-4810 (RHK/JSM)

     Plaintiff,

v.                                           <u>ORDER</u>

GREENBERG FARROW
ARCHITECTURE INCORPORATED,

     Defendant and
     Third-Party Plaintiff,

v.

JEFFREY M. BROWN
& ASSOCIATES, INC.,
KNS BUILDING RESTORATION, INC.,
and INTERSTATE INDUSTRIAL CORP.,

     Third-Party Defendants.


The Court has been advised by the parties that the above matter has been resolved.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED:

1.     The settlement conference scheduled for June 6, 2012 is canceled.

2.     On or before July 6, 2012, the parties shall file their Stipulation of Dismissal with the Court and email a proposed Order regarding that Stipulation to Judge Richard H. Kyle.

Dated:     June 5, 2012

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge